Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN VANCE and TIM JANECYK, for themselves and others similarly situated,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

No. 2:20-cv-01082-MAT

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

**NOTE ON MOTION CALENDAR**: August 18, 2020

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs initiated this lawsuit on July 14, 2020, and served Microsoft Corporation with the Summons and Complaint on July 23, 2020.

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." As a result, absent order of the Court, Microsoft's response to the Complaint was due on or before August 13, 2020.

3. On August 4, 2020, the parties agreed, subject to the Court's approval, that Microsoft may have until September 14, 2020, to respond to the Complaint.

IT IS SO STIPULATED.

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
(2:20-cv-01082-MAT) - 1
4841-8003-3992v.2 0050033-000501

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    DATED this 18th day of August, 2020.

2                                                                DAVIS WRIGHT TREMAINE LLP
                                                                 Attorneys for Defendant Microsoft Corporation
3

4                                                                By *s/ Stephen M. Rummage*
                                                                     Stephen M. Rummage, WSBA #11168
5                                                                    Xiang Li, WSBA #52306
                                                                     920 Fifth Avenue, Suite 3300
6                                                                    Seattle, WA  98104-1610
                                                                     Telephone: (206) 757-8136
7                                                                    Fax: (206) 757-7136
                                                                     E-mail: steverummage@dwt.com
8                                                                            xiangli@dwt.com

9                                                                MORGAN LEWIS & BOCKIUS
                                                                 Attorneys for Defendant Microsoft Corporation
10

11                                                               By *s/ Tyler Zmick*
                                                                     Elizabeth B. Herrington, ISBA #6244547
12                                                                   (*pro hac* pending)
                                                                     Tyler Zmick, ISBA #6324901 (*pro hac vice*)
13                                                                   77 West Wacker Drive, Suite 500
                                                                     Chicago, IL 60601-5094
14                                                                   Telephone: (312) 324-1188
                                                                     E-mail: beth.herrington@morganlewis.com
15                                                                           tyler.zmick@morganlewis.com

16                                                               LOEVY & LOEVY
                                                                 Attorneys for Plaintiffs
17

18                                                               By *s/ Scott R. Drury (filed with consent)*
                                                                     David B. Owens, WSBA #52856
19                                                                   100 S. King Street, Suite 100
                                                                     Seattle, WA  98104
20                                                                   Telephone: (2312) 243-5900
                                                                     Fax: (312) 243-5092
21                                                                   E-mail: david@loevy.com

22                                                                   Scott R. Drury, ISBA #6255867 (*pro hac vice*)
23                                                                   Mike Kanovitz, ISBA #6275233 (*pro hac vice*)
24                                                                   311 N Aberdeen 3rd Floor
                                                                     Chicago, IL 60607
25                                                                   312-243-5900
                                                                     Email: drury@loevy.com
26                                                                          mike@loevy.com

27

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
(2:20-cv-01082-MAT) - 2
4841-8003-3992v.2 0050033-000501

|   |   |
|---|---|
| 1 | CARLSON LYNCH LLP |
| 2 | Attorneys for Plaintiffs |
| 3 | By *s/ Gary Lynch (filed with consent)* |
| 4 | Gary Lynch, ISBA #56887 (*pro hac vice*) |
|   | Katrina Carroll, ISBA #6291405 (*pro hac vice*) |
| 5 | Nicholas R. Lange, ISBA #6318106 (*pro hac vice*) |
| 6 | 111 West Washington Street, Suite 1240 |
|   | Chicago, Illinois 60602 |
| 7 | 312-750-1265 |
|   | glynch@carlsonlynch.com |
| 8 | kcarroll@carlsonlynch.com |
|   | nlange@carlsonlynch.com |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

_____
Honorable Mary Alice Theiler

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
(2:20-cv-01082-MAT) - 3
4841-8003-3992v.2 0050033-000501