Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN VANCE and TIM JANECYK, for themselves and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendant. | No. 2:20-cv-01082-MAT<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>**NOTE ON MOTION CALENDAR**:  August 18, 2020 |

The parties, by and through their counsel, stipulate and agree as follows:

1.　Plaintiffs initiated this lawsuit on July 14, 2020, and served Microsoft Corporation with the Summons and Complaint on July 23, 2020.

2.　Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), "[a] defendant must serve an answer within 21 days after being served with the summons and complaint."  As a result, absent order of the Court, Microsoft's response to the Complaint was due on or before August 13, 2020.

3.　On August 4, 2020, the parties agreed, subject to the Court's approval, that Microsoft may have until September 14, 2020, to respond to the Complaint.

IT IS SO STIPULATED.

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
(2:20-cv-01082-MAT) - 1
4841-8003-3992v.2 0050033-000501

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   DATED this 18th day of August, 2020.

2                                       DAVIS WRIGHT TREMAINE LLP
                                        Attorneys for Defendant Microsoft Corporation
3

4                                       By *s/ Stephen M. Rummage*
                                            Stephen M. Rummage, WSBA #11168
5                                           Xiang Li, WSBA #52306
                                            920 Fifth Avenue, Suite 3300
6                                           Seattle, WA  98104-1610
                                            Telephone: (206) 757-8136
7                                           Fax: (206) 757-7136
                                            E-mail: steverummage@dwt.com
8                                                   xiangli@dwt.com

9                                       MORGAN LEWIS & BOCKIUS
                                        Attorneys for Defendant Microsoft Corporation
10

11                                      By *s/ Tyler Zmick*
                                            Elizabeth B. Herrington, ISBA #6244547
12                                          (*pro hac* pending)
                                            Tyler Zmick, ISBA #6324901 (*pro hac vice*)
13                                          77 West Wacker Drive, Suite 500
                                            Chicago, IL 60601-5094
14                                          Telephone: (312) 324-1188
                                            E-mail: beth.herrington@morganlewis.com
15                                                  tyler.zmick@morganlewis.com

16                                      LOEVY & LOEVY
                                        Attorneys for Plaintiffs
17

18                                      By *s/ Scott R. Drury (filed with consent)*
                                            David B. Owens, WSBA #52856
19                                          100 S. King Street, Suite 100
                                            Seattle, WA  98104
20                                          Telephone: (2312) 243-5900
                                            Fax: (312) 243-5092
21                                          E-mail: david@loevy.com

22                                          Scott R. Drury, ISBA #6255867 (*pro hac vice*)
                                            Mike Kanovitz, ISBA #6275233 (*pro hac vice*)
23

24                                          311 N Aberdeen 3rd Floor
                                            Chicago, IL 60607
25                                          312-243-5900
                                            Email: drury@loevy.com
26                                                  mike@loevy.com

27

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
(2:20-cv-01082-MAT) - 2                                         Davis Wright Tremaine LLP
4841-8003-3992v.2 0050033-000501                                       LAW OFFICES
                                                                920 Fifth Avenue, Suite 3300
                                                                 Seattle, WA  98104-1610
                                                           206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | CARLSON LYNCH LLP |
| 2 | Attorneys for Plaintiffs |
| 3 | By *s/ Gary Lynch (filed with consent)* |
| 4 | Gary Lynch, ISBA #56887 (*pro hac vice*) |
|   | Katrina Carroll, ISBA #6291405 (*pro hac vice*) |
| 5 | Nicholas R. Lange, ISBA #6318106 (*pro hac vice*) |
| 6 | 111 West Washington Street, Suite 1240 |
|   | Chicago, Illinois 60602 |
| 7 | 312-750-1265 |
|   | glynch@carlsonlynch.com |
| 8 | kcarroll@carlsonlynch.com |
|   | nlange@carlsonlynch.com |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 19th day of August, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
(2:20-cv-01082-MAT) - 3
4841-8003-3992v.2 0050033-000501

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax