1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN VANCE and TIM JANECYK, for
themselves and others similarly situated,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

No. 2:20-cv-01082-JCC-MAT

**PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY**

LOEVY & LOEVY
100 S. KING STREET., #100-748
SEATTLE, WASHINGTON 98104
T: 312-243-5900, FAX: 312-243-5902

1

## NOTICE OF SUPPLEMENTAL AUTHORITY

2

3

Plaintiffs, Steven Vance and Tim Janecyk, through counsel, respectfully notify the court

of the recent decision in *Flores v. Motorola Solutions, Inc.*, No. 1:20-cv-01128 (N.D. Ill. Jan. 8,

4

5

2021) (Exhibit 1, hereto), that addresses various issues raised in the motion to dismiss of

6

Defendant Microsoft Corporation (Dkt. 25). In summary, the court in Flores:

7

- rejected the contention that the consent requirement of § 15(b) of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 15/1, *et seq.*, "only applies where an information collector has some relationship with the individual and has an opportunity to perform the written exchange of notice," *see* Ex. 1 at 3;

8

9

10

- rejected the contention that BIPA's protections do not apply to publicly published photographs of individuals "given that the biometric data in this case is the facial geometry of the class members, in contrast to the photos themselves," *id.*;

11

12

- rejected the contention that the "otherwise profit from" language in BIPA § 15(c) "does not evince a legislative intent to encompass the sale of biometric *technology* as opposed to data," *see id.* at 3-4 (emphasis in original); and

13

14

- rejected the defendants' contention that the Plaintiffs failed to allege an unjust enrichment claim. *Id.* at 4

15

16

Dated: January 15, 2021

17

STEVEN VANCE and TIM JANECYK,
for themselves and others similarly situated,

18

19

By:    /s/ Scott R. Drury
SCOTT R. DRURY, ISBA #6255867
*Attorney for Plaintiffs*

20

21

David B. Owens WSBA #52856                    Gary Lynch* (PA Bar No. #56887)
LOEVY & LOEVY                                  CARLSON LYNCH LLP
100 S. King Street, Suite 100                  1133 Penn Avenue, Floor 5
Seattle, WA 98104                              Pittsburgh, PA 15222
david@loevy.com                                (412) 322-9243
                                               glynch@carlsonlynch.com

22

23

24

25

Michael Kanovitz* (ISBA #6275233)             Katrina Carroll* (ISBA #6291405)
Scott R. Drury* (ISBA #6255867)               Nicholas R. Lange* (ISBA #6318106)
LOEVY & LOEVY                                  CARLSON LYNCH LLP

26

LOEVY & LOEVY
100 S. KING STREET., #100-748
SEATTLE, WASHINGTON 98104
T: 312-243-5900, FAX: 312-243-5902

1

2

311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900
mike@loevy.com
drury@loevy.com

*admitted *pro hac vice*

111 West Washington Street, Suite 1240
Chicago, Illinois 60602
312.750.1265
kcarroll@carlsonlynch.com
nlange@carlsonlynch.com

*admitted *pro hac vice*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LOEVY & LOEVY
100 S. KING STREET., #100-748
SEATTLE, WASHINGTON 98104
T: 312-243-5900, FAX: 312-243-5902