1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

STEVEN VANCE, et al.,

CASE NO. C20-1082JLR

11

Plaintiffs,

NOTICE TO PARTIES

v.

12

MICROSOFT CORPORATION,

13

Defendant.

14

15    It has come to the court's attention that the court's conflict-checking system did

16  not identify that International Business Machines Corp. ("IBM") is included on the

17  undersigned's conflict list when IBM appeared as an interested party in this action in

18  August 2021.  The undersigned's conflict with IBM arises from a small number of shares

19  held by his spouse in her individual retirement account.

20    The court DIRECTS each party to file a response to this notice regarding (1)

21  whether the party consents to the undersigned continuing to preside over this matter and

22  (2) if the party does not consent, the party's position regarding whether the court should

ORDER - 1

vacate any orders entered after IBM appeared in this case.  The parties shall file their

responses by January 7, 2022.

Dated this 28th day of December, 2021.

JAMES L. ROBART
United States District Judge