UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN VANCE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | CASE NO. C20-1082JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties contacted the court on January 3, 2022, regarding the schedule for briefing Defendant Microsoft Corporation's ("Microsoft") motion for summary judgment. (MSJ (Dkt. # 84).) The court clarifies that nothing in the class certification scheduling order (Sched. Ord. (Dkt. # 58)) precludes a party from filing a motion for summary judgment before the class certification deadline. In response to the parties' inquiries, the court ORDERS as follows:

MINUTE ORDER - 1

1. The parties shall complete briefing on Plaintiffs' motion for class certification (MCC (Dkt. # 70)) in accordance with the schedule set forth in their stipulation modifying the class certification scheduling order (*see* 8/31/21 Order (Dkt. # 69)).

2. The parties shall file, by no later than Monday, January 10, 2022, a stipulation and proposed order setting a revised briefing schedule for Microsoft's motion for summary judgment. The stipulation shall identify the additional discovery that is necessary for Plaintiffs to respond to Microsoft's motion.

3. If the parties are unable to agree on a revised briefing schedule, Plaintiffs shall file, by no later than Monday, January 10, 2022, a motion for additional discovery pursuant to Federal Rule of Civil Procedure 56(d). Microsoft's response to this motion shall be due no later than Tuesday, January 18, 2022, and Plaintiffs' reply shall be due no later than Friday, January 21, 2022.

4. The Clerk is directed to renote Microsoft's motion for summary judgment (Dkt. # 84) for January 21, 2022. The court will further reset the noting date when it issues its order on either the parties' stipulation or Plaintiffs' motion.

5. The court DEFERS ruling on Plaintiffs' motion for class certification (Dkt. # 70) until after it has decided Microsoft's motion for summary judgment. The Clerk is directed to administratively terminate the motion for class certification pending the court's order on Microsoft's motion for summary judgment.

//

//

MINUTE ORDER - 2

1  Filed and entered this 3rd day of January, 2022.

2
3                                    RAVI SUBRAMANIAN
                                     Clerk of Court

4                                    s/ Ashleigh Drecktrah
                                     Deputy Clerk

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

MINUTE ORDER - 3