UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN VANCE, et al., | CASE NO. C20-1082JLR |
| Plaintiffs, | NOTICE |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

On December 28, 2021, the court issued notice to the parties of a potential conflict relating to Interested Party International Business Machines Corp. ("IBM") and directed each party to file a response to the notice regarding whether the party consented to the undersigned continuing to preside over this matter. (Not. (Dkt. # 97).) The parties have filed their responses, and all have consented to the undersigned continuing to preside over this case. (Pls.' Resp. (Dkt. # 100); Def.'s Resp. (Dkt. # 101); IBM Resp. (Dkt. # 102).)

//

//

ORDER - 1

1  Accordingly, in light of the parties' unanimous consent, the undersigned will continue to

2  preside over this matter.

3  Dated this 10th day of January, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2