The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN VANCE and TIM JANECYK, for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | No. 2:20-cv-01082-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER<br><br>**NOTE ON MOTION CALENDAR**: January 10, 2022 |

The parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs Steven Vance and Tim Janecyk and Defendant Microsoft Corporation, by their attorneys, submit this Stipulation to modify the Scheduling Order in this case (Dkt. 69) to extend the deadline for Plaintiffs' Reply Brief in support of their class certification motion ("Plaintiffs' Reply") from January 13, 2022 until January 18, 2022.

2. On August 31, 2021, the Court entered a modified scheduling order that requires Plaintiffs to file Plaintiffs' Reply on January 13, 2022. Dkt. 69.

3. In connection with Microsoft's response to Plaintiffs' class certification motion, it submitted the declaration of its expert witness, Margaret Daley. Dkt. 83.

4. The parties have reached agreement that Daley will be deposed on January 11, 2022. Because of the proximity of Daley's deposition to the current date for Plaintiffs' Reply, the parties have agreed to extend the date for Plaintiffs' Reply to January 18, 2022.

5. Fed. R. Civ. P. 16(b)(4) provides that "a schedule may be modified only for good cause shown and with the judge's consent." Fed. R. Civ. P. 16(b)(4). LCR 16(b) further provides that "[a] schedule may be modified only for good cause and with the judge's consent." LCR 16(b).

STIPULATION MODIFYING SCHEDULING ORDER
(2:20-cv-01082-JLR) - 1

LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
T: (312) 750-1265; Fax: (724) 656-1556

6. The parties agree that good cause justifies this modification of the scheduling order. Plaintiffs contend the filing of Plaintiffs' Reply on January 13, 2022, as originally scheduled, would impede Plaintiffs' ability to incorporate Daley's testimony into the reply and to otherwise respond to Microsoft's assertions based on Daley's opinions. Further, because the Court has deferred ruling on Plaintiffs' Motion for Class Certification until after it has decided Microsoft's Motion for Summary Judgment (*see* Dkt 98), there will be no prejudice from this short extension to file Plaintiffs' Reply.

IT IS SO STIPULATED.

DATED this 10th day of January, 2022.

                                LYNCH CARPENTER LLP
                                Attorneys for Plaintiffs

By *s/ Nicholas R. Lange*
Gary Lynch, ISBA #56887 (*pro hac vice*)
Katrina Carroll, ISBA #6291405 (*pro hac vice*)
Nicholas R. Lange, ISBA #6318106 (*pro hac vice*)
111 West Washington Street, Suite 1240
Chicago, Illinois 60602
312-750-1265
gary@lcllp.com
katrina@lcllp.com
nickl@lcllp.com

LOEVY & LOEVY
Attorneys for Plaintiffs

By *s/ David B. Owens*
David B. Owens, WSBA #52856
100 S. King Street, Suite 100
Seattle, WA 98104
Telephone: (2312) 243-5900
Fax: (312) 243-5092
E-mail: david@loevy.com

Scott Drury, ISBA #6255867 (*pro hac vice*)
Mike Kanovitz, ISBA #6275233 (*pro hac vice*)

STIPULATION MODIFYING SCHEDULING ORDER
(2:20-cv-01082-JLR) - 2

LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
T: (312) 750-1265; Fax: (724) 656-1556

```
                                    311 N Aberdeen 3rd Floor
                                    Chicago, IL 60607
                                    312-243-5900
                                    Email: drury@loevy.com
                                           mike@loevy.com
```

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Microsoft Corporation

By *s/ Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168
   Xiang Li, WSBA #52306
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone: (206) 757-8136
   Fax: (206) 757-7136
   E-mail: steverummage@dwt.com
           xiangli@dwt.com

MORGAN LEWIS & BOCKIUS LLP
Attorneys for Defendant Microsoft Corporation

By *s/ Elizabeth B. Herrington*
   Elizabeth B. Herrington, ISBA #6244547
   (*pro hac vice*)
   Alex Berger, ISBA #6320296 (*pro hac vice*)
   110 North Wacker Drive, Suite 2800
   Chicago, IL 60606-1511
   Telephone: (312) 324-1000
   E-mail: beth.herrington@morganlewis.com
           alex.berger@morganlewis.com

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED this **10th** day of **January**, 2022.

_____
Honorable James L. Robart
United States District Judge

STIPULATION MODIFYING SCHEDULING ORDER
(2:20-cv-01082-JLR) - 3

LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
T: (312) 750-1265; Fax: (724) 656-1556