1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| | |
|---|---|
| STEVEN VANCE, et al., | CASE NO. C20-1082JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

15   The following minute order is made by the direction of the court, the Honorable

16 James L. Robart:

17   The court sets oral argument on Monday, February 7, 2022, at 2:00 p.m.,

18 regarding Plaintiffs Steven Vance and Tim Janecyk's Federal Rule of Civil Procedure

19 56(d) motion (56(d) Mot. (Dkt. # 107)) to deny or strike Defendant Microsoft

20 Corporation's ("Microsoft") motion for summary judgment to allow time for additional

21 discovery.  The parties shall also be prepared to discuss Microsoft's motion to

22 supplement the record regarding Plaintiffs' motion for class certification (Supp. Mot.

1  (Dkt. # 113)) and case management issues.  The hearing will be held over Zoom.  Each

2  party shall select one attorney who will speak for that party.  All other attendees shall

3  have their microphones on mute and their cameras turned off during the hearing.

4         Filed and entered this 31st day of January, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2