UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN VANCE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | CASE NO. C20-1082JLR<br><br>ORDER |

Before the court is Plaintiffs Steven Vance and Tim Janecyk's (collectively, "Plaintiffs") motion to seal Exhibits 12 and 23 to the Declaration of Nicholas R. Lange and an unredacted version of their opposition to Defendant Microsoft Corporation's ("Microsoft") renewed motion for summary judgment that refers to those documents. (Mot. to Seal (Dkt. # 134); *see* MSJ Opp. (Dkt. # 132 (redacted), Dkt. # 135 (sealed, with Exhibits 12 and 23 attached)); Lange Decl. (Dkt. # 132-1).) Plaintiffs filed the exhibits and an unredacted version of their opposition brief provisionally under seal because Microsoft had designated the exhibits "confidential" pursuant to the parties' stipulated

ORDER - 1

protective order. (Mot. to Seal at 1; *see* Stip. Prot. Order (Dkt. # 42).) Microsoft does not object to unsealing the exhibits and agrees that they may be filed publicly. (Mot. to Seal Resp. (Dkt. # 136).) Accordingly, the court DENIES Plaintiffs' motion to seal (Dkt. # 134) and DIRECTS the Clerk to unseal Plaintiffs' unredacted opposition brief and Exhibits 12 and 23 (Dkt. # 135).

Dated this 11th day of July, 2022.

JAMES L. ROBART
United States District Judge